# DIVIDENDS REMITTED TO THE COURT

Case Number 06-60889 - MCGILVRAY, RICHARD D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Tyler Paper<br>PO Box 2030<br>Tyler Texas 75710 | 000007 | 54.23 | 2.58 |
| DHL Virtual Network<br>c/o CRB<br>5834 Monroe St Ste A-142<br>Sylvania OH 43560-2267 | 000015 | 67.49 | 3.21 |
| ---------- Remittance Total -------------- | | 121.72 | 5.79 |

_____
Stephen J. Zayler, Trustee