Date: 07/13/11   Page 1

## DIVIDENDS REMITTED TO THE COURT

### Case No. 06-60889 – McGILVRAY, RICHARD D. & GERRI G.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SBC Smart Yellow Pages<br>c/o Michael E. Starr<br>3304 S. Broadway, Ste. 202<br>Tyler, TX 75701 | 000006 | $4,019.00 | $ 191.04 |
| **Remittance Total** | | *$4,019.00* | *$ 191.04* |

Stephen J. Zayler, Trustee

